No. 79–6072. FARRELL v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 79–6076. MASELLI v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–6091. PEREZ-HUERTA v. ST. FRANCIS COMMUNITY HOSPITAL. C. A. 4th Cir. Certiorari denied.

No. 79–6102. BULLOCK ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6127. BLAKE v. THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–6130. McCLANAHAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6151. HINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6153. MERROW v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–6154. WATSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6169. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6171. ATTWELL ET AL. v. LaSALLE NATIONAL BANK ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6173. LEWIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.